

# Fourth Court of Appeals
## San Antonio, Texas

September 12, 2016

No. 04-16-00497-CR

**IN RE** Juan Robert **RODRIGUEZ**

Original Mandamus Proceeding[1]

**ORDER**

Sitting:      Sandee Bryan Marion, Chief Justice
             Karen Angelini, Justice
             Marialyn Barnard, Justice

On August 8, 2016, Relator filed a petition for writ of mandamus, contending the trial court has not ruled on a motion dated March 27, 2016 which he filed in the trial. This court is of the opinion that a serious question concerning the mandamus relief sought requires further consideration. *See* TEX. R. APP. P. 52.8(b). **The respondent and the real parties in interest may file a response to the petition in this court no later than September 27, 2016.** Any such response must conform to Texas Rule of Appellate Procedure 52.4.

It is so **ORDERED** on September 12, 2016.

PER CURIAM

ATTESTED TO: _____
                  Keith E. Hottle, Clerk

---

[1] This proceeding arises out of Cause No. 1990CR1294, styled *The State of Texas v. Juan Roberto Rodriguez*, pending in the 227th Judicial District Court, Bexar County, Texas, the Honorable Kevin M. O'Connell presiding.